FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ 338 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: July 30, 2019 |
| CASSANDRA M. BAILEY, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION
(Count 1 – CLASS A MISDEMEANOR- 7881365)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 20, 2019, at Wolf Trap Park, in the Eastern District of Virginia, the defendant, CASSANDRA M. BAILEY, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Fax: (703)-299-3980
William.fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 26 day of July, 2019.

William E. Fitzpatrick
Assistant United States Attorney